No. 69713.—Empire Findings Co., Inc. *v.* United States, protest 59/24272 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise marked "S" and "P" consist of stethoscopes or parts thereof,

respectively, and that the items marked "H" consist of percussion hammers the same in all material respects as those the subject of *Arthur Salm, Inc.* v. *United* States (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.